

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Matter of ) | NO.  SW.F. - 1:08SW0032SMS |
| ) | |
| SEARCH WARRANT AUTHORIZED TO ) | |
| SEARCH: ) | ORDER UNSEALING SEARCH WARRANT, |
| ) | SEARCH WARRANT APPLICATION AND |
| 13308 HOOD AVENUE, ) | AFFIDAVIT AND RETURNS |
| HANFORD, CA ) | |
| ) | |
| ) | |
| ) | |
| ) | |

The United States having applied to this Court for an order permitting it to file under seal the search warrant, search warrant application and affidavit in the above-captioned proceedings, returns on execution of search warrant, and good cause appearing thereof,

IT IS SO ORDERED, that the search warrant, search warrant application and affidavit in the above-entitled proceedings, all returns, shall be <u>unsealed</u>.

DATED:   February 26, 2008

Honorable Sandra M. Snyder
U.S. Magistrate Judge